UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**  JS-6

| Case No. | EDCV10-246-CAS(DTBx) | Date | April 5, 2010 |
|---|---|---|---|
| Title | MIRNA REYES v. AURORA LOAN SERVICES, et al., | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE |
|---|---|

| Catherine M. Jeang | Not Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) - NOTICE OF VOLUNTARY DISMISSAL (filed 03/22/10); AND STIPULATION TO DISMISS CASE (filed 04/01/10)

The Court is in receipt of the Notice of Voluntary Dismissal filed by defendants on March 22, 2010, but signed by plaintiff's counsel. The Court is also in receipt of the Stipulation to Dismiss Case filed April 1, 2010. Pursuant to the court's review of both documents, the court GRANTS the dismissal of the above-entitled action with prejudice forthwith.

|  | 00 | : | 00 |
|---|---|---|---|
| | Initials of Preparer | | CMJ |